No. 51. Helvering, Commissioner of Internal Revenue, *v.* Union Pacific R. Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals

for the Second Circuit granted. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. J. Louis Monarch, Morton K. Rothschild,* and *H. Brian Holland* for petitioner. *Mr. Henry W. Clark* for respondent.